IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:17-CV-188 |
| | § | |
| 508 W. 4th STREET, TYLER, TEXAS | § | |

## FINAL JUDGMENT

By agreement of the parties, and for good cause shown, it is ORDERED that:

508 W. 4th Street, Tyler, Texas ("Defendant Property") is forfeited in its entirety to the United States. The United States agrees to pay $5,000.00 from the sales proceeds of the Defendant Property to claimant Carla Wright after payment of outstanding ad valorem taxes but before payment of any expenses of custody, forfeiture, and sale, as outlined in the Stipulation and Settlement Agreement, and that all claims and interests in and to Defendant Property and the assets listed above are forever foreclosed and barred and Defendant Property shall be disposed of according to law;

the United States had probable cause and/or reasonable cause for the seizure of the defendant property herein, and this Judgment shall constitute a certificate of reasonable cause for the purposes of 28 U.S.C. § 2465;

all relief not specifically granted herein is denied;

the above-styled cause is hereby dismissed with prejudice, each party to bear its own fees and other expenses; and

this Court shall retain jurisdiction in this action for the purpose of enforcing the terms of the aforementioned Stipulation and Settlement Agreement.

The Clerk of the Court is directed to close the case.

**SIGNED this 18th day of January, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE